**TASKS PERFORMED BY TRUSTEE**

(Describe tasks performed and results achieved.  Major tasks are summarized in paragraph form below.)

1. Reviewed Debtors' bankruptcy petition, schedules of assets and liabilities, and statement of financial affairs.  Conducted first meeting of creditors. ESTIMATED TIME: 1.0 HOUR

2. Monitored state court foreclosure proceeding, obtained turnover of one-half of the surplus proceeds of sale and monitored state court divorce proceeding involving non-debtor spouse's claim to remaining half.  ESTIMATED TIME:  4.0 HOURS

3. Invested estate funds, maintained estate ledgers for receipts and disbursements, and prepared semi-annual report for the United States Trustee.  ESTIMATED TIME:  1 HOUR

4. Consulted with accountant to confirm that estate was not required to file federal and state income tax returns.  ESTIMATED TIME:  0.3 HOURS

5. Reviewed claims and prepared final report and related documents.  ESTIMATED TIME:  2.0 HOURS

6. Attend hearing on final report, disburse funds and prepare final account.  ESTIMATED TIME (to come):  2 HOURS

**EXHIBIT A**

{4273 EXH A0204120.DOC}