UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CARLOS VALENZUELA, | ) | CASE NO. 07-07036 |
| | ) | |
| Debtor(s). | ) | HON. JACQUELINE P. COX |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 S. Dearborn Street, Courtroom 619, Chicago, IL  60604

    On: **May 27, 2008**            Time:  **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $7,141.92 |
    | Disbursements | $6.52 |
    | Net Cash Available for Distribution | $7,135.40 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | RICHARD M. FOGEL, TRUSTEE<br>*Trustee Compensation* | $0.00 | $1,464.19 | $165.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

{4273 NTC A0203543.DOC}

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $36,510.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 15.0800%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/DFS-Services, LLC | $10,274.36 | $1,549.48 |
| 2 | Discover Bank/DFS Services, LLC | $9,774.36 | $1,474.07 |
| 3 | Roundup Funding, LLC | $9,323.96 | $1,406.15 |
| 4 | American Express Centurion Bank | $7,138.23 | $1,076.51 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the U.S. Bankruptcy Court or mar may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor has been discharged.

{4273 NTC A0203543.DOC}

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
| --- | --- |
| CASH- Exempt | $75.00 |
| HOUSEHOLD GOODS- Exempt | $500.00 |
| WEARING APPAREL- Exempt | $75.00 |
| VEHICLE- Exempt | $1,000.00 |

Dated: **May 2, 2008**　　　　　　　　　　　For the Court,

　　　　　　　　　　　　　　　　　　　　By:　**KENNETH S. GARDNER**
　　　　　　　　　　　　　　　　　　　　　　Kenneth S. Gardner, Clerk of the U.S. Bankruptcy Court

Trustee:　Richard M. Fogel
Address:　321 N. Clark Street
　　　　　Suite 800
　　　　　Chicago, IL  60610
Phone No.　(312) 276-1334

{4273 NTC A0203543.DOC}