UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CARLOS VALENZUELA, | ) | CASE NO. 07-07036 |
| | ) | |
| Debtor(s). | ) | HON. JACQUELINE P. COX |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn Street, Courtroom 619, Chicago, IL  60604

    On: **May 27, 2008**            Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $7,141.92 |
    | Disbursements | $6.52 |
    | Net Cash Available for Distribution | $7,135.40 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | RICHARD M. FOGEL, TRUSTEE<br>*Trustee Compensation* | $0.00 | $1,464.19 | $165.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

{4273 NTC A0203543.DOC}

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $36,510.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 15.0800%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/DFS-Services, LLC | $10,274.36 | $1,549.48 |
| 2 | Discover Bank/DFS Services, LLC | $9,774.36 | $1,474.07 |
| 3 | Roundup Funding, LLC | $9,323.96 | $1,406.15 |
| 4 | American Express Centurion Bank | $7,138.23 | $1,076.51 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the U.S. Bankruptcy Court or mar may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor has been discharged.

{4273 NTC A0203543.DOC}

13.  The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| CASH- Exempt | $75.00 |
| HOUSEHOLD GOODS- Exempt | $500.00 |
| WEARING APPAREL- Exempt | $75.00 |
| VEHICLE- Exempt | $1,000.00 |

Dated: **May 2, 2008**                    For the Court,

                                By:  **KENNETH S. GARDNER**
                                     Kenneth S. Gardner, Clerk of the U.S. Bankruptcy Court

Trustee:  Richard M. Fogel
Address:  321 N. Clark Street
          Suite 800
          Chicago, IL  60610
Phone No.  (312) 276-1334

{4273 NTC A0203543.DOC}

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

036  Doc 32  Filed 05/02/08  Entered 05/04/08 23:45:42  Desc Imaged
Certificate of Service  Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                Page 1 of 1                  Date Rcvd: May 02, 2008
Case: 07-07036                    Form ID: pdf002            Total Served: 13


The following entities were served by first class mail on May 04, 2008.
db           +Carlos Valenzuela,    2213 S. 58th Ave,    Apt. #10,    Cicero, IL 60804-2674
aty          +Tom Karr,    KSD Law, P.C.,    1328 W 18th Street,    Chicago, IL 60608-3148
tr           +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfton,    321 N Clark Street   Suite 800,
               Chicago, IL 60610-4766
11311849     +Abn Ambro,    15W030 N. Frontage Rd.,    Suite 100,    Willowbrook, IL 60527-6921
11311850     +Abn Amro Mtg Group,    2600 W Big Beaver Rd,    Troy, MI 48084-3318
11573910      American Express Centurion Bank,     c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11311851     +Amex,    P O Box 297871,    Fort Lauderdal, FL 33329-7871
11311852     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11311853     +Citifinancial Retail S,    Po Box 22066,    Tempe, AZ 85285-2066
11311856     +Washmtl/prov,    Pob 660509,    Dallas, TX 75266-0509

The following entities were served by electronic transmission on May 03, 2008.
11311854      E-mail/PDF: mrdiscen@discoverfinancial.com May 03 2008 03:12:12      Discover Fin,    Pob 15316,
               Wilmington, DE 19850
11496970      E-mail/PDF: mrdiscen@discoverfinancial.com May 03 2008 03:12:12
               Discover Bank/DFS-Services, LLC,    PO Box 3025,    New Albany OH 43054-3025
11557758      E-mail/PDF: B-LinellcBNCNotifications@blinellc.com May 03 2008 03:33:51      Roundup Funding, LLC,
               MS 550,    PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 3


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11311855*   ++DISCOVER FINANCIAL SERVICES LLC,     PO BOX 3025,    NEW ALBANY OH 43054-3025
              (address filed with court:   Discover Fin,    Pob 15316,    Wilmington, DE 19850)
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2008**          Signature:   *Joseph Speetjens*