IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| CARLOS VALENZUELA | |
| | CASE NO. 07-07036 JPC |
| | |
| | HONORABLE JACQUELINE P. COX |
| Debtor(s) | |

### TRUSTEE'S FINAL ACCOUNT AND APPLICATION
### TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE JACQUELINE P. COX,
    BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses, a copy of which is attached as Exhibit "A", and the Trustee's Distribution Report, a copy of which is attached as Exhibit "B".

All checks have been cashed. Evidence of cancelled checks is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

July 17, 2008              /s/ Richard M. Fogel
DATE                       RICHARD M. FOGEL, TRUSTEE

Richard M. Fogel
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60610
(312) 276-1334